AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA



RECEIVED
U.S. MARSHALS SERVICE
ALASKA

RECEIVED
MAR 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:03-cr-00123-03-JWS |
| STEVEN ANTHONY SMITH | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br><br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Wednesday, April 12, 2006 at 9:30 a.m. |

To answer a(n)
[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [XXX] Supervised Release Violation Petition

Charging you with a violation of:

Standard Conditions of Supervised Release


Ida Romack, Clerk of Court
Signature of Issuing Officer

by *Pamela L. Fuhrer* Deputy Clerk
Name and Title of Issuing Officer

March 8, 2006 at Anchorage, Alaska
Date and Location

---

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]                                   Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Blues Central / N. Lights_

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _3-16-06_   _Randy M Johnson_
Date                     Name of United States Marshal

_Travis Lyons_
(by) ~~Deputy United States Marshal~~
U.S. Probation Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.